**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

BRIAN STUBBS,

**Plaintiff,**

**v.** **Civil No. 04-6029-AA**

NEIL GOLDSCHMIDT, in his individual capacity; GERI RICHMOND, in her individual capacity; DONALD BLAIR, in his individual capacity; KIRBY DYESS, in his individual capacity; TIMOTHY NESBITT, in his individual capacity; GRETCHEN SCHUETTE, in her individual capacity; HOWARD SOHN, in his individual capacity; JOHN VON SCHLEGELL, in his individual capacity; BRIDGET BURNS, in her individual capacity; HENRY LORENZEN, in his individual capacity; RACHEL PILLIOD, in her individual capacity; RICHARD JARVIS, in his individual capacity; and DAVID FROHNMAYER, in his individual capacity,

**Defendants.**

# JUDGMENT

This action is dismissed with prejudice.

**JUDGMENT** **DOCUMENT NO: __________**

Dated: June 30, 2004.

Donald M. Cinnamond, Clerk

by: /s/ Leslie Engdall
Leslie Engdall, Deputy